United States District Court
Southern District of Texas
**ENTERED**
December 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KARL BRUECKNER, *et al.*, § <br> § <br> Plaintiffs. § <br> § <br> V. § <br> § <br> THE HERTZ CORPORATION, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:20-cv-00334 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 10, 2023, Plaintiffs' Motion to Remand (Dkt. 15) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 29. Judge Edison filed a memorandum and recommendation on October 30, 2023, recommending the motion be granted and this case remanded to the 334th Judicial District Court of Harris County, Texas. Dkt. 30.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 30) is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiffs' Motion to Remand (Dkt. 15) is granted; and

(3) This matter is remanded to the 334th Judicial District Court of Harris County, Texas.

SIGNED on this 6th day of December 2023.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE